UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| WOODS v. CITY OF CHICAGO, ET AL. | 16 C 1671 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Detention Aide Darrin West

| | |
|---|---|
| SIGNATURE | /s/ Jonathan Clark Green |
| FIRM | CORPORATION COUNSEL'S OFFICE |
| STREET ADDRESS | 30 NORTH LaSALLE STREET, SUITE 900 |
| CITY/STATE/ZIP | CHICAGO, ILLINOIS 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06193934 | TELEPHONE NUMBER (312) 744-0226 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |