UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                              Case: 16 C 01671
    WOODS                    Plaintiff,              Honorable Judge NORGLE,
        v.
    CITY OF CHICAGO, et. al. Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
 Darrin West

| SIGNATURE |
|---|
| /S/ VINCENT MICHAEL RIZZO |

| FIRM City of Chicago, Corporation Counsel |
|---|

| STREET ADDRESS 30 N. LaSalle St., Suite 900 |
|---|

| CITY/STATE/ZIP Chicago, IL 60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6313833 | 312.744.4746 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES      NO  X |
|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES      NO  X |
|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES      NO  X |
|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES  X      NO |
|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>    RETAINED COUNSEL        APPOINTED COUNSEL |
|---|